# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANNETTE TURCOTTE,
    Plaintiff,

-vs-                                        Case No. 6:09-cv-484-Orl-28DAB

PUB 44, INC.,
    Defendant.
_____

## ORDER

This case is before the Court on consideration of the parties' responses to the Court's Order to Show Cause (Doc. No. 18). The United States Magistrate Judge has submitted a report recommending that Attorney David Glasser be publicly admonished and sanctioned.

The Court has made an independent *de novo* review of the record in this matter, and considered the Exceptions to the Report and Recommendation filed by Plaintiff's counsel (Doc. 23). Further, the Court has reviewed the cases filed by Attorney David Glasser since July 2006. Since that time, Mr. Glasser has received fifteen (15) Orders to Show Cause. Mr. Glasser has also received numerous Orders directing compliance for failure to submit mediation notices, the Certificate of Interested Person, the Notice of Pending Related Matters and Case Management Reports. The review of these selected cases also show that Mr. Glasser has asked for at least thirty (30) extensions of time. Mr. Glasser's responses to the Order to Show Causes and basis for requesting extensions are almost always for "inadvertance" or "scheduling" problems, that is, his schedule is too demanding, such as depositions, mediations, hearings, and memorandums due in other cases. There

have been other problem areas such as Motions to Compel, where Mr. Glasser has not responded to discovery in a timely manner.

Based on the *de novo* review of the record in this matter, and the considerations noted above, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 8, 2009 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Attorney David Glasser is hereby **publicly admonished and sanctioned** in the amount of $500.00, payable to the Clerk of the Court within five (5) days from the date of this Order for his wilful failure to obey the Orders of this Court.

3. The Case Management Report filed at docket entry 19 is hereby **STRICKEN.** The parties have filed an Amended Case Management Report at docket entry 24 which this Court accepts. The Court notes however, that in the future, the Case Management Report for cases with the undersigned should be on my correct form found on the Court's website.

4. Attorney David Glasser is hereby advised that any further misconduct will result in a referral to the Florida Bar and the Grievance Committee of this Court.

DONE and ORDERED in Chambers, Orlando, Florida this  12  day of November, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party