# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ANNETTE TURCOTTE,**
        **Plaintiff,**

**-vs-**                                           **Case No. 6:09-cv-484-Orl-28DAB**

**PUB 44, INC.,**
        **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on review of the file. As set forth in prior Order (Doc. No. 29), Plaintiff has refused to communicate with her counsel regarding the prosecution of the case and the defense of the pending motion for summary judgment. As it appeared that Plaintiff had abandoned this matter, she was ordered to show cause why her complaint should not be dismissed for failure to prosecute. Plaintiff was advised that failure to timely respond would result in a recommendation that this matter be dismissed without further notice. As the Order to show cause has been timely served on Plaintiff (Doc. No. 30) as directed, and as no timely response has been filed, the Court finds that Plaintiff has, indeed, abandoned this matter and it is therefore **respectfully recommended** that the case be **dismissed for lack of prosecution**, all pending motions be **terminated** and the case be closed.

      Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 21, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy