# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANNETTE TURCOTTE,

    Plaintiff,

-vs-                                    Case No. 6:09-cv-484-Orl-28DAB

PUB 44, INC.,

    Defendant.

## ORDER

This case is before the Court on a review of the file by the United States Magistrate Judge. The United States Magistrate Judge has submitted a report recommending that this case be dismissed for lack of prosecution, all pending motions be terminated and the case closed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 21, 2009 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED for lack of prosecution**.

3. All pending motions are terminated.

4. The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this ___13___ day of January, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party